JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT YOUR DOOR MUSIC, LLC, | Case No. CV 11-10056 DSF (VBKx) |
| Plaintiff, | |
| v. | JUDGMENT OF DISMISSAL |
| MUSIC AT YOUR DOORSTEP, INC., | |
| Defendants. | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated: 5/4/12

DALE S. FISCHER
United States District Judge